IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LADELL MAGGETT**                                                  **PETITIONER**

v.                                                   **No. 4:19CV130-SA-JMV**

**SCOTT MIDDLEBROOKS, ET AL.**                            **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 24th day of August, 2022.

                                                         /s/ Sharion Aycock
                                                         U. S. DISTRICT JUDGE